PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMIRO HERNAN CORTES,<br><br>               Plaintiff,<br><br>v.<br><br>BRENDAN O'BRIEN, ET AL.,<br><br>               Defendants. | CASE NO. 2:23-CV-00321-KJM-JDP<br><br>STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME |

      The Defendants respectfully request a first extension of time in which to respond to the Complaint, and counsel for Plaintiff does not oppose. This case concerns the visa application of Plaintiff's son and grandchildren, which was refused for administrative processing following an April 7, 2022, consular interview. The administrative processing has now been resolved. The parties anticipate that the consular official will be able to complete the adjudication of the visa application in this case shortly, following the receipt of requested documents from the beneficiary, which is expected to render this lawsuit moot.

///

///

///

1

The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is June 30, 2023.  The parties further request that all other filing deadlines be similarly extended and that the initial scheduling conference, currently scheduled for July 13, 2023, be vacated and reset.

Respectfully submitted,

Dated:  April 25, 2023  
                                                   PHILLIP A. TALBERT  
                                                   United States Attorney

                                        By:  /s/ ELLIOT C. WONG  
                                                  ELLIOT C. WONG  
                                                  Assistant United States Attorney

                                                  /s/ JOSHUA GOLDSTEIN  
                                                  JOSHUA GOLDSTEIN  
                                                  Counsel for Plaintiff

                                                      ORDER

The deadline for defendants to file an answer or other dispositive pleading is **extended to June 30, 2023**.  The initial scheduling conference is **vacated and reset for August 24, 2023 at 2:30 p.m. before the undersigned**.

        IT IS SO ORDERED.

DATED:  April 25, 2023.

                                                  CHIEF UNITED STATES DISTRICT JUDGE